LOUIS SOLOW, Appellant, v. PAUL STRAUSS and Others, Copartners, etc.,

Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.